Alfred M. SHAFTER, as next friend of the dependents and next of kin of Joaquin Farina Muniz, and for such other persons as may be similarly situated, such as dependents and next of kin of Georg Joseph Kostka, Gerhart Rudi Richard Klatt, Dieter Ahrens, Koch Lothar Ludwig Wilmes and Gunther Schikulla, and Karl-Heinz Weinhold, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant and Third-Party Plaintiff-Appellee,

and

Alfred M. SHAFTER, as next friend of the defendants, etc., et al., Third-Party Defendants.

No. 17, Docket 31862.

United States Court of Appeals Second Circuit.

Argued Sept. 9, 1968.

Decided Oct. 1, 1968.

Jacob Rassner, New York City (George G. Kilarjian, New York City, and Francis J. Nicosia, Brooklyn, N. Y., on the brief), for appellants.

Bruno A. Ristau, Washington, D. C. (Edwin L. Weisl, Jr., Asst. Atty. Gen., Robert M. Morgenthau, U. S. Atty. for Southern District of New York, John C. Eldridge and Philip A. Berns, Attys., Department of Justice, Washington, D. C., on the brief), for appellee.

Before LUMBARD, Chief Judge, and SMITH and ANDERSON, Circuit Judges.

PER CURIAM:

We affirm for the reasons stated in Judge Frankel's opinion, reported at 273 F.Supp. 152 (1967).

Ernest H. WEIGMAN and Beula D. Weigman, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 22041.

United States Court of Appeals Ninth Circuit.

Sept. 13, 1968.

E. F. Rucker (argued), of Lesher, Scruggs, Rucker, Kimble & Lindamood, Tucson, Ariz., for petitioners.

Chester C. Davenport (argued), Atty. Dept. of Justice, Mitchell Rogovin, Asst. Atty. Gen., Lester Uretz, Chief Counsel, Richard C. Pugh, Acting Asst. Atty. Gen., Meyer Rothwacks, A. J. Beveridge, III, Marco S. Sonnenschein, Attys., Dept. of Justice, Washington, D. C., for respondent.

Before BARNES and DUNIWAY, Circuit Judges, and McNICHOLS, District Judge *.

PER CURIAM:

Taxpayers seek review of an adverse decision of the Tax Court. We affirm for the reasons and upon the grounds stated in the opinion of the Tax Court, reported at 47 T.C. 596 (1967).

* Honorable Ray McNichols, District Judge, District of Idaho, sitting by designation.